ORIGINAL

1983 FORM  Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 08 2023

at 10 o'clock and 30 min. A M
Lucy H. Carrillo, Clerk    LS

cc: JMS / FILED

TOBIUS DAVIES #A1014982
Name and Prisoner/Booking Number
SAGUARO CORRECTIONAL CENTER
Place of Confinement
1252 E. ARICA Rd
Mailing Address
Eloy, AZ, 85131
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

TOBIUS DAVIES
(Full Name of Plaintiff)

Case No. CV23. 00580 JMS WRP
(To be supplied by the Clerk)

vs.

DEPARTMENT OF PUBLIC
SAFETY, ET AL.,
SANNA MUNOZ
DWAYNE KOJIMA
(Full Names of Defendants; DO NOT USE et al.)

**PRISONER CIVIL RIGHTS COMPLAINT**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☑ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: ~~XXXXXXXXX~~ TOBIUS DAVIES

   Institution/city where violation occurred: Honolulu, HAWAII

3. First Defendant *: SANNA MUNOZ

   This defendant is a citizen of (state and county) Honolulu    HAWAII,
   and is employed as: DEPARTMENT OF PUBLIC
   DIRECTOR    at    SAFETY.
   (Position and Title)    (Institution)
   This defendant is sued in his/her ___ individual ✓ official capacity (check one or both). Explain how

Received By Mail
Date DEC 0 8 2023

FSC
Mailed On
Date DEC 0 8 2023

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:

_____

_____

4.  Second Defendant: **DWAYNE KOJIMA**

This defendant is a citizen of (state and county) **Honolulu
HAWAII**_____, and is employed as:

**Substance Abuse Administrator** at **DepARTMENT OF Public SAFETY**
(Position and Title)                          (Institution)

This defendant is sued in his/her ___ individual ✓ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

_____

5.  Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)                          (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

_____
(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*        A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual
capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights.  A suit
against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds.  Only
injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment**
confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county,
city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color
of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:     ☐ Yes     ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a.   Plaintiff _____

       Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state court, identify the county): 
_____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

4. Second previous lawsuit:

   a.   Plaintiff _____

       Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state court, identify the county): 
_____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

3

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

    a.  Plaintiff _____

        Defendants _____

    b.  Court and Case Number (if federal court, identify the district; if state sourt, identify the county): _____

    c.  Claims raised: _____

    d.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.  Approximate date of filing lawsuit _____

    f.  Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.    Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? \_\_\_Yes \_\_\_No.

    **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. <u>See</u> 28 U.S.C. § 1915(g).**

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

8th Amendment greentree clune and unsual punshment

the Right to SAFE Housing...

~~INVOLVES~~ INVOLVES

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Equal TREAtment

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

DIRECTOR SANNA MUNOZ IS NOT Affording Substance Abuse treatment to inmates in Protective Custody. I Am A ex gang member & in P.C. the Department of Public Safety IS NOT Offering Substance Abuse And this is discrimination And NOT following D.P.S. Policys. THE WARDEN is telling All Protective Custody inmates that they need to Sign out OF P.C. And Put There life in Grave danger in order to do there Programs. THE HAWAii PAROLE BOARD is NOT PAROling Anyone who dont do there Programs And MAKing them do 100% of there Sentence And this would be Against THE LAW And A ILEGAL SentENCE.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

THE injury is IM Be denied the Opportunity of parole As long As there is NO program offered to me in the prison System, Effectivlely exclending the time I must SERVER. United States of America PLAINTIFF Appellee v. Stuart Jeffrey PASKow Defendant. 11 F.3d 873; 1993 U.S. APP. LEXIS 30948; 93

CA1

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

8th Amendment crul & unsual punishment involes the right to safe Housing

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☒ Threat to safety
- ☒ Other: EQUAL TREATMENT

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Dwayne Kojima is in charge of Substance Abuse treatment for the Department of Public Safety And he is discriminating on inmates who are in Protective custody who need Drug treatment inorder to get out of Prison, But is Not offering or Affording Any Substance Abuse treatment to inmates in Protective custody. The Hawaii Parole Board is Not paroling Anyone in Protective custody who dont do there drug treatment. The Warden And Dwayne Kojima is stating that I need to sign out of Protective custody And Put my life in Grave danger If I want to do my Substance Abuse program And this would Put my life At danger And violate my civil Rights to safe Housing.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.)
The injury is I'm being denied the opportunity of Parole As Long As there is No program offered to me in the prison system, effectivelely exstending the time I must serve. United States of America plantiff Appellee V. Stuart Jeffrey Paskow Defendant. 11 F.3d 873; 1993 U.S. App. Lexis 30948; 93 CAL.

6

1983 FORM  Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.    Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐ Mail        ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings        ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer        ☐ Threat to safety      ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

1983 FORM  Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I AM ASKing that Respectfully the Court ORDER mandating SAGUARO correctional center & the Department of Public safety Providing inmates in protective custody substanse abusive treatment. IM Asking that I get equal treatment like Policy COR. 11.03. #8 that All inmates in protective custody get same priveleges & Rights As inmates in general population. IM Asking that there is No descrimination And that I dont Have to put my life in GRAVE DAngee by checking out of protective custody. Just so I can do my program inORDER to get out of prison And Not Have to do 100% of my sentence. IM Asking that my constitutional Rights NOT BE violated to SAfe housing And that the Department of Public safety Afford substance Abuse treatment to inmates in protective custody At the SAGUARO correctional center And the HALAWA correctional facility...

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 27 day of NOVember, 23.
                                (month)        (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.