# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TOBIUS DAVIES,<br>#A1014982,<br><br>　　　Plaintiff,<br><br>　　　V.<br><br>DEPARTMENT OF PUBLIC<br>SAFETY, *et al.*,<br><br>　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00580 JMS-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 24, 2024<br><br>At 11 o'clock and 55 min a.m.<br>LUCY H. CARRILLO, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　On January 24, 2024, the Court issued its ENTERING ORDER, ECF No. 4 (January 24, 2024 Order).

　　　IT IS ORDERED AND ADJUDGED that this action is HEREBY dismissed without prejudice, pursuant to and in accordance with the January 24, 2024 Order. It is further ordered that the Clerk enter JUDGMENT in favor of the defendants and close the case.

| January 24, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |